IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No. 07-cv-02109-WYD-KMT

KRISTYNA RYAN,

    Plaintiff,

v.

COLLECT AMERICA, LTD.,

    Defendant.

---

### ORDER OF DISMISSAL WITHOUT PREJUDICE

---

THIS MATTER comes before the Court on the parties' Stipulation of Dismissal Without Prejudice (docket #22), filed March 10, 2008. After carefully reviewing the above-captioned case and the requirements set forth in Fed. R. Civ. P. 41(a)(1), I find that this stipulation should be approved. Accordingly, it is

ORDERED that the Stipulation of Dismissal Without Prejudice (docket #22) is **APPROVED** and this matter is **DISMISSED WITHOUT PREJUDICE**.

Dated: March 13, 2008

                        BY THE COURT:

                        s/ Wiley Y. Daniel
                        Wiley Y. Daniel
                        U. S. District Judge